12/23/2017

Dear Clerk,

I am writing to respectfully request that you mail to me (3) copies of a 1983 Civil Rights Complaint Form so that I may file against several individuals that work for the Wisconsin Department of Corrections for their deliberate indifference to my serious medical need.

Your attention to this matter would be very much appreciated.

Sincerely yours,

Johnny [signature]

WRITING MATERIALS