Lacy, Johnny # 71373
Wisconsin Secure Program Facility
DEPT. OF CORRECTIONS
PO BOX 9900
BOSCOBEL, WI 53805

A224 L       12-15-17

UNITED STATES POSTAGE
PITNEY BOWES
02 1P
0000869182    $ 000.46⁰
              DEC 28 2017
MAILED FROM ZIP CODE 53805

Clerk of District Court
Robert W. Kastenmeier k.S.
Courthouse
120 North Henry Street, Room 320
Madison, Wisconsin
53703

WRITING MATERIALS

THIS LETTER HAS BEEN MAILED FROM THE WISCONSIN PRISON SYSTEM



WSPF · FOXTROT



RECEIVED
DEC 24 2017
WI SECURE PROGRAM FACILITY