Robert W. Jordan #15893
Jackson Corr. Inst.
P.O. Box #233
Black River Falls, WI
54615

Western District Clerk

Regard To:

I'm filing a 1983 or 1985 lawsuit. Please mail me each guide a the complaint forms I need.

Dated 12-27-2017

Respectfully Submitted,
Robert L. Jordan
pro sE