Robert L. Jordan #15893
Jackson Corr. Inst.
P.O. Box #233
Black River Falls, WI.
54615

SAINT PAUL MN 551
29 DEC 2017 PM 5 T

To: Clerk of Western District Court
United States Courthouse
120 N. Henry Street
Madison, WI.
53703-4304