**Office of the Clerk**
United States District Court Western District of Wisconsin
120 North Henry Street, Room 320   •   Madison, WI 53703
(608) 264-5156   •   www.wiwd.uscourts.gov

January 2, 2018

Robert W. Jordan #15893
Jackson Correctional Institution
P.O. Box 233
Black River Falls, WI 54615

Dear Mr. Jordan:

      This will acknowledge receipt of your letter dated December 27, 2017, in which you request forms for filing a § 1983 and § 1985 lawsuit.

      Enclosed per your request please find two prisoner complaint packets that contain forms and instructions to file a civil complaint in federal court. Please be advised, this court does not have specific forms for filing a § 1985 lawsuit. However, you are free to modify the enclosed forms to fit your claim(s) or file a complaint using your own forms.

                PETER OPPENEER, Clerk of Court,


                By:___/s/_____
                      Deputy Clerk

encl.