Clerk of Court:

The website says you'll give contact information for legal aid services. I would like to know any information for pro Bono lawyers that work with prisoners on lawsuits.

Thank-you
Ron

Kupsky, Ronald 618624
Waupun Correctional Institution
PO Box 351
Waupun WI 53963

Kupsky Ronald 618624
Waupun Correctional Institution
PO Box 351
Waupun WI 53963

Kysky Ronald 618624
Waupun Correctional Institution
PO Box 351
Waupun WI 53963



Clerk of Court
U.S. District Court
Western District Wisconsin
120 North Henry Street, Room 320
Madison WI 53703