Michael Terrell
R.C.I. / P.O. Box 900 / Wash.
Sturtevant, WI
53177

DOC NO
REC'D/FILED
2018 JAN -8 AM 10:45
PETER OPPENEER
CLERK US DIST COURT
WDWI

Western Dist. of Wis.
U.S. Dist. Clerk's Office
Peter Oppeneer
120 N. Henry St, Rm 320
Madison, WI 53703

January 3, 2018

RE: 42 U.S.C. §1983 Packet

Dear Sir/Clerk:

I am in need of a 42 U.S.C. §1983 packet w/ instructions on how to file, costs,...etc.
I am at the above listed address.


Thank you for your attention into this matter.


Respectfully Submitted,


Michael Terrell

Michael Terrell #606883
Racine Correction Institution / Washington
P.O. Box 900
Sturtevant, WI
53177



Western District of Wisconsin
United States District Clerk's Office
Att: Peter Oppeneer
United States Courthouse
120 N. Henry St, Rm 320
Madison, WI
53703

MILWAUKEE WI 530
04 JAN 2018 PM 8 L

Barn Swallow

53703-255595