**Office of the Clerk**
United States District Court Western District of Wisconsin
120 North Henry Street, Room 320 • Madison, WI 53703
(608) 264-5156 • www.wiwd.uscourts.gov

February 22, 2018

James Vinson #495664
Fox Lake Correctional Institution
P.O. Box 200
Fox Lake, WI 53933

Dear Mr. Vinson:

This will acknowledge your letter dated February 20, 2018, in which you request forms for initiating a lawsuit, petition and affidavit to proceed without prepayment of the fees and/or costs, and a list of pro bono attorneys.

Enclosed per your request please find prisoner complaint packet, which contains forms and instructions for filing a lawsuit under 42 U.S.C. § 1983 along with a petition to proceed without prepayment of the filing fee.

As for your request for contact information for pro bono lawyers, this court does not maintain a list of pro bono attorneys for distribution.

                                              PETER OPPENEER, Clerk of Court,

                                              By:___/s/_____
                                                  Deputy Clerk

encls.